**FILED**

Name ___Candace Smith___

Street Address ___PO Box 6085___

City and County ___Fresno Co___

State and Zip Code ___CA 93703___

Telephone Number ___559-375-0365___

APR 22 2024

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

___Candace Smith___

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

___Kathy Davis___

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. ___1: 2 4 CV 0 0 0 4 7 6 JLT EPG___

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No

*(check one)*

I.    The Parties to This Complaint

A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                    Candace Smith
Street Address          3269 Sanpe
City and County         Fresno ca   9
State and Zip Code      Ca    93703
Telephone Number        559-375.0365

B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
Name                    Kathy Davis
Job or Title            Dmv Judge | prostitve | Call
(if known)                        Night Waker    Girl
Street Address          5867 E pitt
City and County         Fresno  Ca  93727
State and Zip Code
Telephone Number        559-375-0365

Defendant No. 2
Name                    _____
Job or Title            _____
(if known)
Street Address          _____
City and County         _____
State and Zip Code      _____
Telephone Number        _____

2

Defendant No. 3

    Name                     _____

    Job or Title          _____
    (if known)

    Street Address      _____

    City and County     _____

    State and Zip Code  _____

    Telephone Number   _____

Defendant No. 4

    Name                     _____

    Job or Title          _____
    (if known)

    Street Address      _____

    City and County     _____

    State and Zip Code  _____

    Telephone Number   _____

## II.    Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

☑ Federal question               ☐ Diversity of citizenship

3

In Addtions officar
w/c
Bobby Johnson
All Barnard
Leo
Ebony Smit
Kathleen Dous
margret mine
money
Ayodele

Fill out the paragraphs in this section that apply to this case.

A.    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United
States Constitution that are at issue in this case.

Curruption under oath, led MaFia Group
Robbery, drugging, rapes, prostitution
Spreading STDs Deadly Robbed
Home Sold item to Fdmous Stars
using ex boyfriend.

B.    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Candace Smit , is a citizen of
the State of *(name)* _____.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated
under the laws of the State of *(name)* _____,
and has its principal place of business in the State of *(name)*
_____.

*(If more than one plaintiff is named in the complaint, attach an additional
page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

A bully

The defendant, *(name)* Katy Davis , is a citizen of
the State of *(name)* _____. *Or* is a citizen of
*(foreign nation)* _____.

Child abuse
raped Andre @
14 years old
Chris Walker passed him Herpes
Aids, raped Bobby Johnsen
passed him
Hiv.

Deadly
rapist Drugger
passed

b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or is* incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain):*

800,000 +

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Ongoing tort organized crime against musicians for means of monterary Gain. Stolen music cds, clothes, funiture, gadgets, house items, purses and more. Stolen items / affair w/o Bobby Johnson, holding me hostage Paid rapes. DNA proof, lies and curruption under DmV judge leadship

IV.    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Retrieve Stolen item's punitive money Damage's

V.    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4/20, 20 24

Signature of Plaintiff    _Candace S____

Printed Name of Plaintiff    _Candace Sm____.