| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CANDACE SMITH, | | Case No.: 1:24-cv-00476-JLT-EPG |
| | Plaintiff, | ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| v. | | |
| KATHY DAVIS, | | (ECF No. 4). |
| | Defendant. | |

Plaintiff Candace Smith, proceeding *pro se*, filed a complaint on April 22, 2024, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF Nos. 1, 2). The Court denied Plaintiff's application without prejudice and directed Plaintiff to submit the long-form application or pay the filing fee. (ECF No. 3). On May 6, 2024, Plaintiff filed a completed application requesting leave to proceed *in forma pauperis*. (ECF No. 4).

\\\
\\\
\\\
\\\
\\\
\\\
\\\

The Court finds Plaintiff has made the showing required by §1915. Accordingly, Plaintiff's application to proceed *in forma pauperis* (ECF No. 4) is granted.[1]

IT IS SO ORDERED.

Dated:   **May 15, 2024**                   /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that, because Plaintiff proceeds *in forma pauperis*, Plaintiff's complaint is subject to screening before the Court authorizes the Clerk of the Court to issue summons. *See* 28 U.S.C. § 1915; *see also O'Neal v. Price*, 531 F.3d 1146, 1151 (9th Cir. 2008) ("After a prisoner applies for *in forma pauperis* status and lodges a complaint with the district court, the district court screens the complaint and determines whether it contains cognizable claims. If not, the district court must dismiss the complaint."); *Lopez v. Smith*, 203 F.3d 1122, 1129 (9th Cir. 2000) (noting that "section 1915(e) applies to all *in forma pauperis* complaints, not just those filed by prisoners"); *Preciado v. Salas*, No. 1:13-cv-0390-LJO-BAM, 2014 WL 127710, at *1 (E.D. Cal. Jan. 14, 2014) ("The Court is required to screen complaints brought by plaintiffs proceeding *pro se* and *in forma pauperis*."). Accordingly, the Court will screen Plaintiff's complaint in due course.